

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-18-00203-CR |
| EX PARTE: | § | |
| | | Appeal from the |
| GUADALUPE REYES GARCIA-ESCONTRIAS. | § | |
| | § | 394th District Court |
| | § | of Brewster County, Texas |
| | § | (TC# 3250) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF DECEMBER, 2019.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.